■ SYLNOR HOLDING CORP. v. MAX ROSENBERG.— Motion for leave to reargue granted, and upon reargument the original decision is adhered to, and leave to appeal to this court is denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ SEABOARD FINANCE COMPANY, INC. v. LEO L. LOWY.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ABRAHAM JACOBOWITZ v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION.— Application granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PETER MONTAGNINO et al. v. GODFREY BROJER et al.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN HORODECKYI et al. v. JOSEPH HORODNIAK et al.— Motion for stay granted to the extent of continuing the temporary stay contained in the order to show cause, dated July 13, 1959, pending the hearing and determination of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of FRANK P. BERARDI against CITY OF NEW YORK et al. — Motion granted insofar as to permit the proceeding to be heard on a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed petitioner's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of both the record and petitioner's points with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of ELEAZER DEANE against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CLARA FRISCHER v. IDAL PLEATING Co.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY DUFFY.— Motion granted insofar as to extend the defendant's time to serve and file his appellant's points to and including October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before October 22, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MAX JAKOB, LTD. v. BEN M. PACE.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.— Motion granted insofar as to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.